**United States District Court**
For the Northern District of California

*E-FILED 8/22/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAHAN ALAMZAD, | No. C 04-1602 RS |
| Plaintiff, | **ORDER DISMISSING DEFENDANT LCG WITHOUT PREJUDICE** |
| v. | |
| LUFTHANSA CONSULTING GmbH, et al., | |
| Defendants. | |

On August 4, 2005, the Court issued an order in the above-entitled action granting in part and denying in part the motion to dismiss filed by defendant Lufthansa Consulting GMBH ("LCG"). The order stated that, unless plaintiff could effect proper service on LCG on or before August 17, 2005, the motion to dismiss defendant LCG would be granted. To date, plaintiff has failed to demonstrate that he has properly served defendant LCG. Accordingly, pursuant to Fed. R. Civ. Pro. 4(m), the motion to dismiss defendant LCG is granted and LCG is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  8/22/05

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

1 **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

3 R. King Prothro, Jr., Esq.
Email: rkprothrolaw@hotmail.com

Randall S. Farrimond
Email: rfarrimond@farrimondlaw.com

7 Dated:  8/22/05

    /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

2