**United States District Court**
For the Northern District of California

***E-FILED*
April 3, 2006**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAHAN ALAMZAD, | No. C 04-01602 RS |
| Plaintiff, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| LUFTHANSA CONSULTING GmbH, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **June 28, 2006**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **July 5, 2006 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: April 3, 2006

RICHARD SEEBORG
United States Magistrate Judge

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

**Counsel for Plaintiff(s)**

R. King Prothro , Jr    rkprothrolaw@hotmail.com,

**Counsel for Defendant(s)**

Randall Steven Farrimond    rfarrimond@farrimondlaw.com,

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: April 3, 2006

                                                /s/ BAK  
                                          Chambers of Magistrate Judge Richard Seeborg