**R. KING PROTHRO, JR.**     SBN 77822
Attorney at Law
1250 Aviation Avenue, Suite 200K
San Jose, California 95110
(408) 286-7797

Attorney for Plaintiff, **JAHAN ALAMZAD**

*E-FILED 6/22/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Branch)

| | |
|---|---|
| **JAHAN ALAMZAD**, an individual, individually and dba **CA CONSULTING** <br><br>         Plaintiff, <br><br>    vs. <br><br> **LUFTHANSA CONSULTING GMBH**, a German corporation, and **DEUTSCHE LUFTHANSA AG, aka LUFTHANSA GROUP,** a German corporation, <br><br>         Defendants. <br> _____/ | No.  C04 01602 RS <br><br> **PLAINTIFF'S STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE AFTER SETTLEMENT** |

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their respective designated counsel, that the above-captioned action be, and hereby is, dismissed with prejudice as against DEUTSCHE LUFTHANSA, AG, aka LUFTHANSA GROUP, and LUFTHANSA GERMAN AIRLINES, pursuant to Federal Rules of Civil Procedure 41(a)(1).

///

///

Stipulation and Order Re Dismissal

```
Dated:  May 15, 2006                    /s/
                                _____
                                R. KING PROTHRO, JR.
                                Counsel for Plaintiff,
                                JAHAN ALAMZAD, individually
                                and dba CALIFORNIA CONSULTING


Dated:  May 15, 2006                    /s/
                                _____
                                RANDALL S. FARRIMOND,
                                Counsel for Defendant,
                                LUFTHANSA AIRLINES, DEUTSCHE
                                LUFTHANSA AG, aka LUFTHANSA
                                GROUP
```

**IT IS SO ORDERED.**

Dated: June 22, 2006                _____
                                    RICHARD SEEBORG
                                    United States Magistrate Judge

**ATTESTATION OF SIGNATURE:**

I attest under penalty of perjury under the laws of the United States of America that I have received the concurrence in the filing of this document from the listed signatory as required by General Order No. 45 (X)(B).

Dated: June 21, 2006

                                            /s/ Randall S. Farrimond
                                            **RANDALL S. FARRIMOND**